# Gleason & Koatz, LLP

122 East 42nd Street
New York, New York 10168
Tel: 212-986-1544
www.gleasonkoatz.com

January 16, 2009

<u>VIA ELECTRONIC FILING</u>

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

   Re: Empresas Lourdes, S.A. v. Arthur Kupperman, et al.
     <u>Civil Action No. 06 -5014 (DMC)</u>

Dear Judge Cavanaugh:

  This firm represents plaintiff Empresas Lourdes, S.A. ("Empresas") in the above-captioned matter. I am writing pursuant to the settlement that Empresas and others have reached with defendant E. Ross Browne ("Browne"), as memorialized in the Stipulation of Settlement and Mutual Release (the "Stipulation") that was approved by this Court on January 13, 2009 and appears on the docket (as Document 280) in the action entitled *Merrill Lynch Financial Services, Inc. v. Kupperman, et al.* (Civil Action No. 06-4802 (DMC)).

  The Stipulation provides that, upon its execution, the writs and restraints issued by this Court in favor of Empresas and against Browne be released (page 4, numbered paragraph 2). Accordingly, we have prepared and enclosed for Your Honor's review a proposed Order Vacating, Discharging And Releasing any and all (I) Writs Of Attachment As To The Property Of Defendant E. Ross Browne, and (II) Restraints And Injunctions Against Defendant E. Ross Browne Contained In The Order To Show Cause Issued By This Court On November 20, 2006.

        If all is in order, Empresas and Browne jointly and respectfully request that the attached Order be entered.

        We thank the Court for its consideration.

        Respectfully submitted,

Gleason & Koatz, LLP

By: _____
     John P. Gleason

Enclosure
cc:   A. Michael Covino, Esq.
      Michael Eidelman, Esq..
      Vincent F. Papalia, Esq.
      James Scarpone, Esq.
      Frederick B. Polak, Esq.
      John M. August, Esq.