# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MARK FALK**<br>**UNITED STATES MAGISTRATE JUDGE** | **USPO & COURTHOUSE**<br>**1 FEDERAL SQ., ROOM 457**<br>**NEWARK, NJ 07101**<br>**(973) 645-3110** |

March 15, 2010

## LETTER ORDER
### ORIGINAL FILED WITH THE CLERK OF THE COURT

John P. Gleason, Esq.
230 Park Avenue
New York, NY 10169

A. Michael Covino, Esq.
Budd Larner
150 JFK Parkway
Short Hills, NJ 07078

Vincent Frank Papalia, Esq.
Saiber, Schlesinger
One Gateway Center, 13th Floor
Newark, NJ 07102

      Re:    Empresas Lourdes, S.A. v. Kupperman, et al.
                Civil Action No. 06-5014 (DMC)

Dear Counsel:

      Please be advised that I am recused from this case. Magistrate Judge Michael A. Shipp is handling all Magistrate Judge responsibilities for this case.

      **SO ORDERED.**


                                  /s/   Mark Falk
                              **MARK FALK**
                              **United States Magistrate Judge**


cc:    Hon. Michael A. Shipp, U.S.M.J.